IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Victor Pacheco,<br><br>　　　　Petitioner,<br>　v.<br><br>United States of America,<br><br>　　　　Respondent. | NO. C 12-01723 EJD<br>NO. CR 01-20050 EJD<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's September 18, 2012 Order Dismissing Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice; Denying Certificate of Appealability, judgment is entered in favor of Respondent United States of America and against Petitioner Victor Pacheco.

　　　　The Clerk shall close the companion case C 12-01723 EJD pursuant to this Judgment.

Dated: 9/20/2012

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Victor Pacheco
3901 Klein Boulevard
Lompoc, CA 93436-2706

**Dated: September 21, 2012**     **Richard W. Wieking, Clerk**

     **By:** _Elizabeth C Garcia_
     **Elizabeth Garcia**
     **Courtroom Deputy**